**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-62412-CIV-JTK**

**JOHAN NOE AVILA ESCOBAR**,

Plaintiff,

v.

**WARDEN, BROWARD TRANSITIONAL CENTER**, *et al.*

Defendants.

_________________________________________/

**ORDER GRANTING MOTION TO DISMISS**

**THIS CAUSE** comes before the Court on Petitioner's Notice of Status Update and Motion to Dismiss Petition [ECF 3]. Petitioner had previously filed a Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241, challenging his immigration detention [ECF 1]. Petitioner has since been granted voluntary departure [ECF 3], thereby mooting his Petition. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Dismiss is **GRANTED** and the Petition [ECF 1] is **DENIED AS MOOT**. The Clerk is instructed to close this case.

DONE in Chambers in Fort Lauderdale, this 16th day of September, 2026.

_________________________________
**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record